JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

JAMES C. MANN (CABN 221603)
Assistant United States Attorney

    1301 Clay Street, Suite 340-S
    Oakland, California 94612
    Telephone:  (510) 637-3705
    Facsimile:  (510) 637-3724
    E-Mail:    James.C.Mann@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-08-00812 CW |
|     Plaintiff, ) | STIPULATED REQUEST TO VACATE DETENTION HEARING DATE AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT |
|     v. ) | |
| DAVID DWAYNE GODFREY, ) | Date:  November 21, 2008 |
|     Defendant. ) | Time:  10:00 a.m. |
| ) | Court:  Hon. Wayne D. Brazil |

    The above-captioned matter is set on November 21, 2008 for a detention hearing before this Court. Defendant hereby waives the timing of his detention hearing, but reserves the right to request a detention hearing in the future. The parties request that the Court set this matter before the Honorable Claudia Wilken on December 3, 2008 at 2:00 p.m. and that the Court exclude time under the Speedy Trial Act between November 20, 2008 and December 3, 2008.

    Defendant was arraigned in the above-captioned matter on November 17, 2008. The government will begin producing discovery this week and will continue to produce discovery, including electronic media, in the coming weeks. Defense counsel requires time to review the discovery to be produced by the government, to investigate this matter, and to effectively prepare

STIP. REQ. TO VACATE DETENTION HEARING AND TO EXCLUDE TIME
No. CR-08-00812 CW

1  for the hearing taking into account the exercise of due diligence.  The extension is not sought for
2  delay.  The parties agree the ends of justice served by granting the continuance outweigh the best
3  interests of the public and the defendant in a speedy trial.  Therefore, the parties further stipulate
4  and request that the Court exclude time between the date of this stipulation and December 3,
5  2008 under the Speedy Trial Act for effective preparation of counsel and pursuant to 18 U.S.C. §
6  3161(h)(8)(B)(iv).

8  DATED: November 19, 2008

11      /s/                                                   /s/
JAMES C. MANN                               LINDA FULLERTON
Assistant United States Attorney          Counsel for David Dwayne Godfrey
12  Counsel for United States

STIP. REQ. TO VACATE DETENTION HEARING AND TO EXCLUDE TIME
No. CR-08-00812 CW

1
2
3
4
5
6
7

8          UNITED STATES DISTRICT COURT

9          NORTHERN DISTRICT OF CALIFORNIA

10         OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-08-00812 CW |
| Plaintiff, ) | ORDER GRANTING STIPULATED REQUEST TO VACATE DETENTION |
| v. ) | HEARING DATE AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT |
| DAVID DWAYNE GODFREY, ) | Date:  November 21, 2008 |
| Defendant. ) | Time:  10:00 a.m. |
| ) | Court: Hon. Wayne D. Brazil |

The above-captioned matter is set on November 21, 2008 for a detention hearing before this Court. Defendant has waived the timing of his detention hearing, but reserved the right to request a detention hearing in the future. The parties requested that the Court set this matter before the Honorable Claudia Wilken on December 3, 2008 at 2:00 p.m. and that the Court exclude time under the Speedy Trial Act between November 20, 2008 and December 3, 2008.

Defendant was arraigned in the above-captioned matter on November 17, 2008. The government will begin producing discovery this week and will continue to produce discovery, including electronic media, in the coming weeks. Defense counsel requires time to review the discovery to be produced by the government, to investigate this matter, and to effectively prepare for the hearing taking into account the exercise of due diligence. The extension is not sought for

STIP. REQ. TO VACATE DETENTION HEARING AND TO EXCLUDE TIME
No. CR-08-00812 CW

1  delay.  The parties agree the ends of justice served by granting the continuance outweigh the best
2  interests of the public and the defendant in a speedy trial.  For these stated reasons, the Court
3  finds that the ends of justice served by granting the continuance outweigh the best interests of the
4  public and the defendant in a speedy trial.  Good cause appearing therefor, and pursuant to 18
5  U.S.C. § 3161(h)(8)(B)(iv),

6      **IT IS HEREBY ORDERED** that the hearing in this matter is set before the Honorable
7  Claudia Wilken on December 3, 2008 at 2:00 p.m., and that time between November 20, 2008
8  and December 3, 2008 is excluded under the Speedy Trial Act to allow for the effective
9  preparation of counsel, taking into account the exercise of due diligence.

10
11  DATED: November 19, 2008        _____
12                                    HON. WAYNE D. BRAZIL
                                  United States Magistrate Judge

13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIP. REQ. TO VACATE DETENTION HEARING AND TO EXCLUDE TIME
No. CR-08-00812 CW