FILED
AUG 31 2010
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID DWAYNE GODFREY,<br><br>    Movant,<br><br>  v.<br><br>UNITED STATES OF AMERICA,<br><br>    Respondent.<br>_____/ | No. C 10-03885 CW<br>    CR 08-00812 CW<br><br>ORDER TO SHOW CAUSE |

    Movant David Dwayne Godfrey, a federal inmate at the Federal Correctional Institute in Phoenix, Arizona, has filed this motion under 28 U.S.C. § 2255 to vacate, set aside, or correct his sentence.  Good cause appearing, the Court hereby issues the following orders:

    1.    The Clerk of the Court shall serve a copy of this Order and the motion and all attachments thereto upon Respondent and Respondent's attorney, the United States Attorney.  The Clerk shall also serve a copy of this Order on Movant.

    2.    Respondent shall file with this Court and serve upon Movant, within thirty (30) days of the issuance of this Order, an answer conforming in all respects to Rule 5 of the Rules Governing Section 2255 Cases, 28 U.S.C. foll. § 2255.

    3.    If Movant wishes to respond to the answer, he shall do so

by filing a traverse with the Court and serving it upon Respondent within thirty (30) days of his receipt of the answer.

IT IS SO ORDERED.

Dated: **AUG 3 1 2010**

_____
CLAUDIA WILKEN
United States District Judge