

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-08-0812-CW-01 |
| Plaintiff, | **ORDER RECALLING WARRANT** |
| v. | |
| DAVID DWAYNE GODFREY, | |
| Defendant. | |

A warrant for defendant issued on March 24, 2017, is hereby ordered recalled.

**IT IS SO ORDERED.**

Dated: April 11, 2018

KANDIS A. WESTMORE
UNITED STATES MAGISTRATE JUDGE